UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No. 21-00907-ES-3 |
| v. : | |
| : | ORDER EXTENDING TIME TO |
| : | OBTAIN THIRD PARTY CUSTODIAN |
| RANDALL MILLS : | |

This matter comes before the Court on the application of defendant Randall Mills, through Counsel Peter M. Carter, for an Order modifying conditions of release. Counsel for the government (AUSA Emma Spiro), the U.S. Probation Office, and the U.S. Pretrial Services Office, consenting.

Accordingly, for good cause shown, it is hereby:

ORDERED that Mr. Mills' time to obtain a Third Party Custodian shall be extended until December 31, 2021.

Date: 12/29/2021

s/James B. Clark, III
HON. JAMES B. CLARK
U.S. MAGISTRATE JUDGE